# Exhibit 2

| Best Western – Web Server Operations for web-based Hotel Booking<br>Infringement of the '177 patent | |
|---|---|
| **Claim 1** | **Evidence** |
| 5. A method comprising: | The Best Western web server performs a method of web-based hotel booking.<br><br>For example, Best Western offers a web-based hotel booking service. Using the service, a user can book a room at any of the hotel brands in the Best Western Hotel Group (e.g. WorldHotels Collection, Best Western Hotels & Resorts, and SureStay Hotel Group)<br><br>[1] |

| |   [1] |
|---|---|
| performing server-side operations to support interaction with a web browser client by generating and serving web page content to a client computer hosting the web browser client, | The Best Western web server performs server-side operations to support interaction with a web browser client. The Best Western web server generates and serves web page content to a client computer hosting the web browser client.<br><br>For example, Best Western operates the web-based hotel booking service via a web site at an Internet URL location. A server at the URL location provides a web page to a web browser client that connects to the server at the URL. |

| | |
|---|---|
| |   [1] |
| wherein the web page content is configured to be processed by the web browser client to enable a user of the client computer to browse one or more web pages rendered by the web browser client in response to receiving the web page content, and the web page content includes code to support user interaction | The web page content is configured to be processed by the web browser client to enable a user of the client computer to browse one or more web pages that have been rendered by the web browser client. The web page content includes code to support user interaction with the one or more web pages via user inputs by the user of the client computer.<br><br>For example, Best Western's hotel-booking web site includes an interactive web page for selecting a hotel. A user selects a hotel by providing input to the web page. Best Western's hotel-booking web site includes multiple pages that can be browsed by the user. For example, the web site includes web pages to search for hotels, rewards, and discounts. |

| | |
|---|---|
| with the one or more web pages via user inputs by the user of the client computer, |  [1] [2] |

| | |
|---|---|
| |  [3] |
| wherein the web page content is further configured, upon processing by the web browser client, to: present a first web page view including, a first control panel area presenting a list of hotels and including a graphical user interface to enable a user to select hotels within the list; | The web page content is further configured to present a first web page view that includes a first control panel area that presents a list of hotels. The first control panel area includes a graphical user interface to enable a user to select hotels within the list.<br><br>For example, Best Western's web page for selecting a hotel includes a list of hotels. The user can select a hotel from the list by providing input to the web page. |



<table>
<tr>
<td></td>
<td>

<br>[4]
</td>
</tr>
<tr>
<td>a map display area presenting a portion of an interactive map comprising a base map layer and at least one additional layer overlaid over the base map layer wherein each additional layer contains at least one hotel location symbol located at an identified x, y, or z location relative to its containing layer or the base layer, and each</td>
<td>The first web page view includes a map display area. The map display area presents a portion of an interactive map that includes a base map layer and at least one additional layer overlaid over the base map layer. Each additional layer contains at least one hotel location symbol located at an identified x, y, or z location relative to its containing layer or the base layer. Each hotel location symbol corresponds to a hotel in the list of hotels.<br><br>For example, Best Western's hotel-selecting web page includes a geographical map of an area in which one or more hotels in the list are located. The locations of the hotels are indicated by respective symbols on the map.</td>
</tr>
</table>

| | |
|---|---|
| hotel location symbol corresponding to a hotel in the list of hotels, |  [4] |
| wherein the graphical interface enables a user to show or hide subsets of the hotel location symbols in a particular layer of the map display area. | The graphical interface enables a user to show or hide subsets of the hotel location symbols in a particular layer of the map display area.<br><br>For example, Best Western's hotel-selecting web page has a filter of various criteria by which the user can refine the selection of hotels that are indicated on the map. For example, by default no filter criteria are selected and the map displays a wide range of search results (Note the hotel location symbol for the Mill River Manor near Long Beach with a price of $119 per night). |



Filter
CLEAR ALL FILTERS
SORT BY
DISTANCE
Show Only Available Hotels
DISTANCE 50 MI / 80 KM
RATES
SELECT RATE
CURRENCY
MAX DAILY RATE
-- SELECT --
$
0.00
AMENITIES
High Speed Internet
Free Breakfast
Free Parking
Pool
Pet Friendly
Restaurant On Site
Fitness
Airport Shuttle
Non Smoking
Eco-Friendly
Business Center
Oversized Parking
Rider Friendly
Accessible Room(s)
$119.00
VIEW ROOMS
Best Western
JFK Airport Hotel
Jamaica, NY
7.5mi / 12.1km
1083 Hotel Reviews
View Hotel Details
USD
$89.00
VIEW ROOMS
Best Western
Queens Gold Coast
Bayside, NY
9.5mi / 15.3km
321 Hotel Reviews
View Hotel Details
USD
$109.65
VIEW ROOMS

[4]



[4]
For example, when the price per night filter is set to $118, the hotel location symbol for the Mill River Manor is no longer displayed (note: only the City Center symbol is displayed, where previously it and the hotel location symbol for the Mill River Manor was also displayed).



| | |
|---|---|
| | DESTINATION<br>Rockville Centre, NY, United States<br>CHECK-IN<br>03-Mar-2021<br>CHECK-OUT<br>04-Mar-2021<br>ROOM 1<br>1 Adult,<br>Filter<br>CLEAR ALL FILTERS<br>SORT BY<br>DISTANCE<br>Show Only Available Hotels<br>DISTANCE 50 MI / 80 KM<br>RATES<br>SELECT RATE<br>CURRENCY<br>MAX DAILY RATE<br>-- SELECT --<br>$<br>118<br>AMENITIES<br>High Speed Internet<br>Free Breakfast<br>Free Parking<br>Best Western<br>JFK Airport Hotel<br>Jamaica, NY<br>7.5mi / 12.1km<br>1083 Hotel Reviews<br>View Hotel Details<br>VIEW ROOMS<br>Best Western<br>Queens Gold Coast<br>Bayside, NY [4] |

bestwestern.com/en_US/book/hotel-search.html
DESTINATION
Rockville Centre, NY, United States
CHECK-IN
03-Mar-2021
CHECK-OUT
04-Mar-2021
ROOM 1
1 Adult, 0 Children
CHANGE SEARCH
Filter
CLEAR ALL FILTERS
LIST
SORT BY
DISTANCE
Show Only Available Hotels
DISTANCE 50 MI / 80 KM
RATES
SELECT RATE
CURRENCY
MAX DAILY RATE
-- SELECT --
$ 118
AMENITIES
High Speed Internet
Free Breakfast
Free Parking
Pool
Pet Friendly
Restaurant On Site
Fitness
Airport Shuttle
Non Smoking
Eco-Friendly
Business Center
Oversized Parking
Rider Friendly
Accessible Room(s)
HOTEL BRANDS
Best Western
JFK Airport Hotel
Jamaica, NY
7.5mi / 12.1km
1083 Hotel Reviews
View Hotel Details
USD
$89.00
VIEW ROOMS
Best Western
Queens Gold Coast
Bayside, NY
9.5mi / 15.3km
321 Hotel Reviews
View Hotel Details
USD
$109.65
VIEW ROOMS
Best Western
Jamaica Inn
Jamaica, NY
9.8mi / 15.8km
Pins
Names
Map
JFK Airport Hotel
7.5mi / 12.1km
[4]
Best Western
JFK Airport Hotel
Jamaica, NY
7.5mi / 12.1km
1083 Hotel Reviews
View Hotel Details
USD
$89.00
VIEW ROOMS
Best Western
Queens Gold Coast
Bayside, NY
9.5mi / 15.3km
321 Hotel Reviews
View Hotel Details
USD
$109.65
VIEW ROOMS
Best Western
Jamaica Inn
Jamaica, NY
9.8mi / 15.8km
Pins
Names
Map
City Center

| | [4] |
|---|---|

| Claim 6 | Evidence |
|---|---|
| 6. The method of claim 5, wherein, in response to selection of a hotel in the first control panel area the appearance of the hotel symbol corresponding to the selected hotel is changed to highlight the location of the selected hotel on the map. | In response to the selection of a hotel in the first control panel area, Best Western's hotel-selecting web page changes the appearance of the hotel symbol that corresponds to the selected hotel in order to highlight the location of the selected hotel on the map.<br><br>For example, upon selection of a hotel in the list, the appearance of the symbol corresponding to the selected hotel is changed. For example, when the entry for the JFK Airport Hotel is selected its hotel location symbol expands to show the name of that hotel. As well, the entry is indented to the right in the list and is displayed with a grey shadow.<br><br>[4] |

| Claim 8 | Evidence |
| --- | --- |
| 8. The method of claim 6, wherein the hotel is enabled to be selected by clicking on a graphical user interface control in the first control panel area associated with the hotel. | Clicking on a graphical user interface control that is in the first control panel area and that is associated with the hotel causes the hotel to be selected.<br><br>For example, a hotel can be selected by clicking on its entry in the list of hotels. For example, clicking on the entry for the JFK Airport Hotel selects the entry, which is now shown indented to the right in the list and is displayed with a grey shadow. The hotel location symbol also expands to show the name of that hotel.<br>[4] |

| Claim 9 | Evidence |
| --- | --- |
| 9. The method of claim 5, wherein the web page content is further | In response to selecting a hotel location symbol in the map display area, Best Western's hotel-selecting web page displays information about the hotel that corresponds to the selected symbol. |

<table>
<tr>
<td>configured to:<br>enable the user to select a hotel location symbol in the map display area corresponding to a hotel, wherein in response thereto information about the hotel is displayed.</td>
<td>For example, when a hotel symbol displayed on the map is selected, information about that hotel is displayed. For example, when the hotel location symbol for the Queens Gold Coast hotel is selected, its hotel location symbol expands to show the name of that hotel.

[4]</td>
</tr>
</table>

| Claim 12 | Evidence |
|---|---|
| 12. The method of claim 9, wherein a hotel location symbol is enabled to be selected by clicking on the hotel location symbol using a pointing device. | Clicking on the hotel location symbol causes the symbol to be selected.<br><br>For example, a hotel location symbol can be selected by clicking on the symbol. For example, clicking on the hotel location symbol for the Queens Gold Coast selects the symbols, which is now shown in expanded format to include the name of that hotel. |



[4]

**References:**

[1] Best Western Hotels & Resorts
https://www.bestwestern.com/en_US.html

[2] Best Western – Rewards
https://www.bestwestern.com/en_US/best-western-rewards.html

[3] Best Western – Discounts
https://www.bestwestern.com/en_US/offers/hotel-discounts.html

[4] Best Western – Hotel Search
https://www.bestwestern.com/en_US/book/hotel-search.html